UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                               Plaintiff,

                                                                      DECISION AND ORDER

                                                                        04-CR-6164L

                        v.

ALLEN ABNEY,

                               Defendant.
_____

      On April 20, 2007, defendant Allen Abney filed, *pro se,* an application for bail (Dkt. #146).

This motion is denied in all respects.

      IT IS SO ORDERED.

                                               _____
                                                  DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
        April 3, 2007.